# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146308(30)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

LAMAR CLINTON CRAIG,
            Defendant-Appellant.

SC: 146308
COA: 310515
Wayne CC: 08-009824-FC

_____/

On order of the Court, the motion for reconsideration of this Court's June 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

d1118